

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00069-CV

IN THE INTEREST OF M.S.H. AND D.R.H., CHILDREN

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. 1900160

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

The appellant also seeks, in her motion, the expedited issuance of the mandate in this matter. We find that the appellant established good cause for expediting the issuance of the mandate, *see* TEX. R. APP. P. 18.1(c), and direct the clerk of this Court to issue mandate within seven days of the date of this opinion.


Scott E. Stevens
Chief Justice


Date Submitted: February 18, 2025
Date Decided: February 19, 2025